IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HONG KONG YU'EN E-COMMERCE CO. LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO,<br><br>Defendants. | **Case No. 1:25-cv-12132-MFK** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL ONLY AS TO CERTAIN DEFENDANTS WITH PREJUDICE**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Hong Kong Yu'en E-Commerce CO. Limited, voluntarily dismisses only Defendants; No. 1 2025 Spring Summer Sale A23HK6JDA7SI73, No. 4 Preppy Clothes Clearance Sale ⭐⭐⭐⭐⭐ A1X22IEV5Q9NUC, No. 7 PinkQueen AB44K8TZ52V9E, as listed on Schedule "A" to the Complaint with prejudice.

| | |
|---|---|
| DATED: December 15, 2025 | Respectfully submitted,<br><br>By: */s/ Joseph W Droter*<br>Joseph W. Droter (Bar No. 6329630)<br>**BAYRAMOGLU LAW OFFICES LLC**<br>233 S Wacker Drive, 44th Floor, #57<br>Chicago IL 60606<br>Tel: (702) 462-5973 \| Fax: (702) 553-3404<br>joseph@bayramoglu-legal.com<br>*Attorneys for Plaintiff* |